No. 48—2444. Chicago, Danville & Vincennes R. R. Co. v. City of Chicago. This cause having been heard before, and the decree appealed from entered by Judge Moran sitting as circuit judge in the court below, and the two remaining members of this court being divided in opinion, so that no judgment of reversal can be entered, the decree below is necessarily affirmed. Opinion by McALLISTER, P. J. Judge below, THOMAS A. MORAN (who took no part in the decision of this case). Attorneys, for appellant, Mr. ARTHUR RYERSON; for appellee, Mr. H. O. McDAID and Mr. C. A. KNIGHT. Opinion filed Dec. 8, 1886.